UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA VILLANUEVA,<br><br>  Plaintiff,<br><br>  v.<br><br>CONCENTRA HEALTH SERVICES, INC.,<br><br>  Defendant. | Case No. 17-cv-06875-JCS<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the stipulation of the parties, this action is dismissed without prejudice. Each side shall be responsible for their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 7, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge